AUSA Jeanine Jones 313-226-9597
Special Agent Christopher J. S. Johnson 313-237-4462

(Rev. 5/85) Search Warrant

2.

# United States District Court

### EASTERN DISTRICT OF MICHIGAN

FILED
FEB - 9 2007
CLERK'S OFFICE
DETROIT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Certain contents of electronic communications and records concerning electronic communications services contained in T-Mobile USA, Inc. account associated with the email address vicky_secret@tmail.com, which are maintained by Danger, Inc.

**SEARCH WARRANT**

CASE NUMBER: 07X50035-B

~~SEAN F. COX~~
Borman

TO: Christopher J. S. Johnson     and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Christopher J. S. Johnson who has reason to
Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, New Jersey 07054, in particular, certain contents of electronic communications and records concerning the account associated to email address vicky_secret@tmail.com.

pertaining to an offense over which the **Eastern** District of Michigan has jurisdiction as required under 18 U.S.C., sections 1591, 1952, and 2423 there is now concealed a certain person or property, namely
See Attachment A

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  February 9, 2007
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Virginia M. Morgan Magistrate Judge
U. S. Judge or Magistrate
as required by law.

January 30, 2007   3:45 pm                          at  Detroit, Michigan
Date and Time Issued                                     City and State

Virginia M. Morgan, United States Magistrate Judge          *Virginia M Morgan* (signature)
Name and Title of Judicial Officer                           Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

Dockets.Justia.com

# RETURN

| WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/30/2007 | 1/30/2007 5:24pm | DANGER INC., NATASCHA BETTELHEIM |

INVENTORY MADE IN THE PRESENCE OF

FACSIMILE COPY OF WARRANT SENT TO NASTASCHA BETTELHEIM

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

① Cover letter from Danger, acknowledging the search warrant for email address vicky_secret@tmail.com

② One (1) computer disc containing content for email address vicky_secret@tmail.com.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.  _[signature]_

_[signature]_   2/9/07

U.S. Judge or Magistrate    Date